No. 43, Misc.  SPROUSE v. MISSOURI.  Supreme Court of Missouri.  Certiorari denied.

No. 44, Misc.  PREECE v. COINER, ACTING WARDEN. Supreme Court of Appeals of West Virginia.  Certiorari denied.

No. 47, Misc.  JACKSON v. TEXAS.  Court of Criminal Appeals of Texas.  Certiorari denied.

No. 49, Misc.  THOMPSON v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.  Petitioner *pro se*.  *Simon E. Sobeloff,* then Solicitor General, *Assistant Attorney General Olney, Beatrice Rosenberg* and *Carl H. Imlay* for the United States.

No. 50, Misc.  STANLEY v. KANSAS ET AL.  Supreme Court of Kansas.  Certiorari denied.

No. 51, Misc.  FRENCH v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  *Charles L. Mayer* for petitioner. *Simon E. Sobeloff,* then Solicitor General, *Assistant Attorney General Olney, Beatrice Rosenberg* and *Isabelle R. Cappello* for the United States.

No. 52, Misc.  INGRAM v. MICHIGAN.  Supreme Court of Michigan.  Certiorari denied.

No. 53, Misc.  SHERMAN v. RAGEN, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 54, Misc.  JOHNSON v. ILLINOIS ET AL.  Supreme Court of Illinois.  Certiorari denied.